IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYMOND JAMES PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-CV-177-WKW |
| ) | [WO] |
| ANTHONY J. HAIGLER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the court is Plaintiff's objection (Doc. # 29) to the Magistrate Judge's Order (Doc. # 28) entered on October 13, 2021. It is ORDERED that Plaintiff's objection (Doc. # 29) is OVERRULED inasmuch as the order to which Plaintiff objects (Doc. # 28) is neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a).

DONE this 3rd day of November, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE