IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYMOND JAMES PHILLIPS, #291277, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:21-CV-177-RAH-CSC ) |
| ANTHONY J. HAIGLER, | ) ) |
| Defendant. | ) ) |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on January 22, 2024. (Doc. 36.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Defendant's motion for summary judgment (Doc. 23) is GRANTED;

2. Judgment is ENTERED in favor of Defendant; and

3. This case is DISMISSED with prejudice.

Final Judgment will be entered separately.

DONE, on this the 22nd day of February 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE